# First District Court of Appeal
## State of Florida

_____

No. 1D2022-0949

_____

Quindale Deshawn Holmes,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.

December 18, 2023

Per Curiam.

Affirmed.

B.L. Thomas, Winokur, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Danielle Jorden, Assistant Public Defender, and David J. Joffe, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.